UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

MARIA ANGE QUITO DE YUNGAICELA,   STIPULATION AND
                                  ORDER OF DISMISSAL
            Plaintiff,
                                  Civil Action
       - against -                No. CV-05-3310

MARY ANN GANTNER,                 (Ross, J.)
Acting District Director          (Mann, M.J.)
Citizenship and
Immigration Services,

            Defendant.
---------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
      February 23, 2006

Attorney for the Plaintiff

SPIRO SERRAS, ESQ.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123

Dated: New York, New York
      ~~February~~ 20, 2006
      MARCH

Attorney for the Defendant

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
      ~~February~~ ___, 2006
      3/23

_____
HONORABLE ALLYNE R. ROSS
United States District Judge

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address:   26 Federal Plaza, Room 1130
New York, New York 10278

March 20, 2006

**COURTESY COPY OF AN ELECTRONICALLY FILED DOCUMENT**

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Yungaicela v. Gantner, No. CV-05-3310 (ARR)(RLM)

Dear Judge Ross:

    Enclosed for the Court's approval and signature is a Stipulation and Order of Dismissal in the above referenced case, signed by the attorneys for the parties.

    Thank you for your attention to this matter.

Respectfully submitted,

ROSLYNN MAUSKOPF
United States Attorney

Ronald W. Kish
Special Assistant United States Attorney
(212) 264-3475 (Ph)
(212) 264-4534 (Fax)

enc.

cc:    Spiro Serras, Esq.
       Wilens & Baker, PC
       450 Seventh Avenue
       New York, NY 10123